# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**JODY MAURICE CRUM,**

    **Plaintiff,**

**v.**                                            **Case No. 4:24-cv-210-AW-MJF**

**FLORIDA COMMISSION ON OFFENDER REVIEW, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Because Plaintiff has not paid the initial filing fee despite multiple opportunities, the magistrate judge recommends dismissal. ECF No. 17. Plaintiff has not filed any objection to the report and recommendation. Having carefully considered the matter, I agree with the magistrate judge. I now adopt the report and recommendation and incorporate it into this order.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to pay the initial filing fee." The clerk will then close the file.

SO ORDERED on December 9, 2024.

                                                  s/ *Allen Winsor*
                                                United States District Judge